UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| Mikhail A. Sorokin )<br>     Plaintiff, )<br> )<br>  v. )<br> )<br>*Michael Chertoff*, Secretary of the Department of Homeland Security; *Emilio T. Gonzalez*, Director of the U.S. Citizenship and Immigration Services; *Robert Blackwood*, Chicago District Director, U.S. Citizenship and Immigration Services; *Robert S. Mueller, III*, Director of Federal Bureau of Investigation )<br> )<br>     Defendant. ) | No. 08 C 678<br><br>Judge Darrah |

**JOINT MOTION AND STIPULATION TO DISMISS CASE AS MOOT**

  The parties, by their undersigned attorneys, move to dismiss this case as moot, and in support stipulate as follows:

  1. Plaintiff Mikhail Sorokin brought this case to obtain relief under 8 U.S.C. §1447(b), seeking a hearing and the swearing in of plaintiff as a United States citizen on grounds that the defendant U.S. Citizenship and Immigration Services (CIS) had not processed his application within 120 days of his interview.

  2. Defendants have now completed the processing of plaintiff's citizenship application, and plaintiff will be sworn in as a United States citizen.

  3. Based upon this development, the parties have agreed to dismissal of the case as moot, each party to bear its own costs and fees associated with this litigation.

WHEREFORE, the court should dismiss this case as moot, each party to bear its own costs and fees.

Respectfully Submitted,
                                        Birg & Meltser


_____                    /s/ Gene Meltser_____
                                        Gene Meltser, Esq.


GENE MELTSER, ESQ.
BIRG & MELTSER
ATTORNEYS FOR PLAINTIFF
570 LAKE COOK ROAD
SUITE 125
DEERFIELD, IL 60015
(847) 444-9000
(847) 444-1478 fax
ARDC # 6270933